In the Matter of the Judicial Settlement of the Intermediate Account of FREDERICK CARLSON, Committee of the Person and Property of CHARLES A. CARLSON, Incompetent. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; FREDERICK CARLSON, Committee of the Person and Property of CHARLES A. CARLSON, an Incompetent Person, Respondent.— Order judicially settling the intermediate account of Frederick Carlson, successor committee of the person and property of Charles A. Carlson, incompetent, modified by reducing the allowance to the attorney for the committee from $800 to $500. As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant, payable out of the estate. In our opinion the allowance of $800 was excessive. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Public Park Located between Beach Channel Drive and the United States Bulkhead Line of Jamaica Bay and between Lines Which Are Approximate Prolongations of the Westerly Sides of Beach 116th Street and of Beach 124th Street, in the Borough of Queens, City of New York. THE CITY OF NEW YORK, Appellant; BAYSIDE ESTATES, INC., and Others, Respondents.— Appeal from so much of a final decree in a condemnation proceeding as makes and contains awards for Damage Parcels 9, 10, 11, 12 and 13. Final decree, in so far as appealed from, reversed on the law and the facts, with costs, and the proceeding remitted to the Special Term for a new hearing. The total awards for the damage parcels in question, aggregating $310,444, together with interest from the date of vesting, are grossly excessive. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.